DETROIT & TOLEDO SHORE LINE RAILROAD CO. *v.* FER-
GUSON.

EMINENT DOMAIN.
   This case is ruled by the preceding one. *Detroit, etc., R. Co.* v.
   *Campbell,* ante, 384.

Appeal from Wayne; Hosmer, J.  Submitted April 4,
1905.  (Docket No. 3.)  Decided June 8, 1905.

Condemnation proceedings by the Detroit & Toledo
Shore Line Railroad Company against Genevieve Fergu-
son and others.  Defendants appeal from the award of the
jury.  Reversed.

*James H. Pound* (*Fred Schmaltzreidt,* of counsel),
for appellants.

*Brennan, Donnelly & Van De Mark,* for appellee.

GRANT, J.  This case is identical in its facts with *De-
troit, etc., R. Co.* v. *Campbell,* ante, 384. It is a part of the
same condemnation proceedings, and by the same jury; the
appellants in this case having taken an independent ap-
peal.  The questions are identical, and any further discus-
sion of them is therefore unnecessary.  For the reasons
there stated, the judgment in this case must be reversed,
and new trial ordered.

MOORE, C. J., and MCALVAY, MONTGOMERY, and
HOOKER, JJ., concurred.